HERMAN D. SOBEL, Appellant, v. ADOLPHE A. KREJTMAN et al., Respondents. — Order unanimously modified so as to enjoin the transfer of the 1,687 shares of stock of the United Brush Manufactories during the pendency of the action, upon condition that the plaintiff furnish a surety company bond in the sum of $500, and upon condition that the action be set down for trial during the February, 1951, term and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

SALLY BERNSTEIN, Respondent, v. JOSEPH E. BERNSTEIN, Appellant.— Order unanimously modified so as to reduce alimony to $120 per week and counsel fee to $1,200 and, as so modified, affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

MOE LANGER, Respondent, v. OWEN-MORGAN, INC., Appellant.— The procedure adopted in this case was erroneous, and the clerk should not have accepted the amended note of issue to place the case on the jury calendar, but plaintiff should have applied to the court for relief under subdivision 5 of section 426 of the Civil Practice Act. However, in view of the short period of time that elapsed, we consider the application as one made under that section. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 654.]

SCARNE'S CHALLENGE, INC., Respondent, v. SYRACUSE DRY GOODS CO., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

JACK M. FENTON, Respondent, v. IRVING W. PANZER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

THEODORA MARIOTTI et al., Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order granting preference under rule 151 of the Rules of Civil Practice reversed, with $20 costs and disbursements to the appellant, and the motion denied. It may be that the plaintiffs can take advantage of subdivision 5 of rule IV of the Rules of the Supreme Court, Bronx County, to obtain the preference provided thereunder. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to affirm.

BENJAMIN WIRTSCHAFTER, Respondent, v. ARTHUR LEIBOWITZ et al., Appellants.— Order unanimously modified insofar as to eliminate item 13 and, as so modified, affirmed. No opinion. The date for the examination to proceed